[No. 35030-1-II.   Division Two.   August 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON LEE HAFFNER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-00397-7, Roger A. Bennett, J., entered June 22, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 35052-1-II.   Division Two.   August 7, 2007.]

DARRIN T. THARALDSON, *Respondent*, v. T&T TRUCKING, INC., *Defendant*, THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-11626-4, Kathryn J. Nelson, J., entered June 2, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 35058-1-II.   Division Two.   August 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT CHRISTOPHER SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-2-03086-8, John P. Wulle, J., entered May 16, 2006. *Reversed* and *remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Hunt, JJ.